UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                      Case No. 1:08-cr-274-13

v.

                                        HONORABLE PAUL L. MALONEY

JAMES DYLAN HAYES,

        Defendant.

_____/

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY**
**AND GRANTING REQUEST FOR COURT APPOINTED COUNSEL**

        This matter is before the Court on attorney Anthony Tyrone Chamber's motion to withdraw as attorney for defendant James Dylan Hayes (Dkt. #291).  For the reasons and grounds set forth in the opinion from the bench on today's date which is incorporated herein by reference,

        **IT IS HEREBY ORDERED** that the Motion to Withdraw as Attorney (Dkt. #291) is **GRANTED**.

        **IT IS FURTHER ORDERED** that defendant's oral request for court appointed counsel is **GRANTED**.

Date:   July 16, 2010

                                        /s/ Paul L. Maloney
                                      Paul L. Maloney
                                      Chief United States District Judge