UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES DYLAN HAYES,

    Defendant.

_____/

Case No. 1:08-cr-274-13

HONORABLE PAUL L. MALONEY

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY**
**AND GRANTING REQUEST FOR COURT APPOINTED COUNSEL**

This matter is before the Court on attorney Anthony Tyrone Chamber's motion to withdraw as attorney for defendant James Dylan Hayes (Dkt. #291). For the reasons and grounds set forth in the opinion from the bench on today's date which is incorporated herein by reference,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Attorney (Dkt. #291) is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant's oral request for court appointed counsel is **GRANTED**.

Date: July 16, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge